IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIEGO PALMA PEREZ, | |
|     Petitioner, | |
| vs. | 8:25CV494 |
| PETER BERG, Minnesota Field Office Director, Enforcement and Removal Operations, U.S. Immigration & Customs Enforcement; KRISTI NOEM, Secretary, Department of Homeland Security; ALLEN GILL, Deputy Director, U.S. Immigration & Customs Enforcement, Omaha ICE Field Office Director; JEROME KRAMER, Sheriff of Lincoln County, Nebraska; and PAM BONDI, Attorney General, United States; | ORDER |
|     Respondents. | |

      This matter comes before the court on review of the docket. Petitioner filed a Petition for Writ of Habeas Corpus on August 7, 2025 asserting Petitioner has posted bond, but Respondents refuse to release him from an immigration detention facility. On August 11, 2025 the presiding judge, Senior United States District Judge Joseph F. Bataillon filed an order to show cause, directing Petitioner to serve his petition and a copy of the Order on Respondents and file proof of such service with the Court. (Filing No. 5). Petitioner filed a declaration of Petitioner's counsel purportedly showing service on Respondents using the Summons Returned Executed Event type in the Court's CM/ECF system. The declaration asserts the Petition and the Court's Order were mailed to all respondents and a process server was hired to complete service on Defendants Noem and Bondi. (Filing No.

6). The process server's affidavit of service on Kristi Noem and Pam Bondi, as well as the Priority Mail Tracking information for Department of Homeland Security (Omaha) and Office of the United States Attorney (Omaha), the Department of Homeland Security (Saint Paul, MN), and the Lincoln County Sheriff's Department were attached.

Fed. R. Civ. P. 4(b) provides that "[o]n or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal," and Fed. R. Civ. P. 4(c)(1) provides that "[a] summons must be served with a copy of the complaint." Upon review of Petitioner's affidavit of service, Petitioner's purported service on all Respondents is deficient under Rule 4 because Plaintiff did not request summons as to any Respondent, and a copy of a summons was not served with the Petition.

IT IS ORDERED:

1. Filing No. 6 is stricken as a summons was not properly executed upon Respondents under Fed. R. Civ. P. 4.
2. Plaintiff is directed to promptly request summons and effect service of the summons and a copy of the Petition, and the Court's order (Filing No. 5) on Respondents pursuant to Fed. R. Civ. P. 4.

Dated this 22nd day of August, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge